## VASON vs. STRAUSS.

CERTIORARI, FROM RICHMOND.  Contracts.  Action.  (Before Judge Roney )

Blandford, J.—Where a property owner wrote to another to go to her lot and cut off the hydrant in her yard, and he did not do this, but without other authority, knowledge or consent on her part, laid a hundred feet of conduit pipe, furnished an iron top and repaired water piping and faucet, he was not entitled to sue and recover of her therefor.

Judgment reversed.

Clairborne Sneed, by F. W. Capers, Jr., for plaintiff in error.

Adolph Brandt, for defendant.